

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00042-CV

**IN THE INTEREST OF M.X.R. AND M.S.R.,**

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-000964-D1
The Honorable Selina Nava Mireles, Judge Presiding

## O R D E R

This an appeal from an order terminating appellant's parental rights. Appellant filed an amended motion for extension of time to file appellant's brief and then filed appellant's brief a few days later. Appellant's amended motion for extension of time is GRANTED. However, appellant's brief identifies the parents involved in this appeal by full name and not by an alias. Additionally, the appendix attached identifies not only the parents by their full name, but also identifies the minor children by name and discloses their dates of birth. We therefore STRIKE appellant's brief and appendix and ORDER appellant to file a new appellant's brief and appendix, appropriately redacted, within three days of this order. *See* Tex. R. App. P. 9.8, 9.9.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court